## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TERRY and MARY WEAVER                                                                    PLAINTIFFS

v.                                          NO. 1:14CV00038 JLH

STATE FARM FIRE AND CASUALTY COMPANY                                       DEFENDANT

### ORDER

The joint motion for continuance is GRANTED. Document #12. The scheduling order presently in place is hereby set aside, and this case is removed from the trial docket for the week of May 11, 2015. A new scheduling order will be entered separately.

IT IS SO ORDERED this 26th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE